1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE CHONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HORMEL FOODS CORP. et al.,<br><br>　　　　Defendants. | No. 2:19-cv-10944-JAK (PLAx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 68)**<br><br>**JS-6** |

1

Based on a review of the Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 68)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The above-referenced action is **DISMISSED** in its entirety with prejudice. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: February 12, 2024    _____

John A. Kronstadt

United States District Judge

2